

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00361-CV

_____

KARA BAKER, Appellant

V.

ROBERT BAKER, Appellee

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-668731-19

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellant Kara Baker's notice of appeal, which we construe as a petition for permissive appeal, filed November 9, 2021, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.3(a)–(b); *see also* Tex. R. Civ. P. 168.

Per Curiam

Delivered:  November 9, 2021.